### 3667. CLARK *v.* HENDLEY.

RUSSELL, J. 1. The judgment striking a portion of the defendant's plea did not deprive her of any defense which she was entitled to present.

2. The evidence upon the issue submitted authorized the verdict, and it was not error to refuse a new trial.   *Judgment affirmed.*

> DECIDED OCTOBER 4, 1912.

Complaint; from city court of Millen—Judge R. P. Jones. July 17, 1911.

*J. P. Brinson*, for plaintiff in error.   *W. Woodrum*, contra.

---

NOTE.

Additional cases decided at the March term, 1912, are reported infra, p. 847 et seq.